■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN T. PINCKNEY, Appellant. [951 NYS2d 912]—

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's contention that he was deprived of the effective assistance of counsel is without merit (*see People v Ford*, 86 NY2d 397, 404 [1995]). Rivera, J.P., Florio, Dickerson, Leventhal and Lott, JJ., concur.